## STATE OF CONNECTICUT *v.* CARLOS BATISTA

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 623 (AC 27123), is denied.

*Annacarina Del Mastro*, senior assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 26, 2007